**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIA PARRA-OCHOA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>7-ELEVEN, INC., a Texas Corporation; 7-ELEVEN, LLC, a California Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:26-cv-09222-RFL<br><br>Hon. Rita F. Lin<br><br>**ORDER GRANTING STIPULATION TO REMAND**<br><br>Complaint Filed: July 20, 2026<br>FAC Filed: July 24, 2026<br>Trial Date: None Set |

Having considered the Stipulation of the Parties and finding good cause appearing therein, the Court hereby orders that the action shall be remanded to the Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: _9/29/2026

HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE

CALL & JENSEN EST. 1981